**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN OLAUSEN,<br><br>                         Plaintiff,<br><br>v.<br><br>G. CARPENTER, et al.,<br><br>                         Defendants. | 3:19-CV-0549-RFB-CLB<br><br>**ORDER** |

Presently before the court is Defendants' motion for extension of time to respond to plaintiff's motion for a temporary restraining order and/or preliminary injunction. (ECF No. 27). Defendants seek an additional 60 days to respond to plaintiff's motion due to a medical issue of defense counsel. (*Id.*) The reason provided is that the Deputy Attorney General ("DAG") assigned to this case has a serious medical condition which prohibits her from being able to respond to this motion on the required due date.

While the court is not unsympathetic to the DAG's medical issues, the motion at issue in this case is an emergency motion for temporary restraining order and motion for preliminary injunction. (ECF Nos. 24, 25). Such motions, especially those alleging "irreparable harm" caused by denial of care for a "serious medical need" are generally the type of motions that require an immediate response and determination by this court. (ECF No. 24). It is inappropriate to allow such a long period of time to respond to such a motion absent good cause. Any request for an extension of time beyond 30 days for any motion or opposition are generally disfavored by the court and are unlikely to satisfy the 'good cause' requirement. LR 26-3.

In this case, although one of the attorneys assigned to this case appears to have a medical issue, the current motion for extension was filed by another attorney – who it appears is also assigned to this case. There is no explanation in the motion why the filing at issue could not be handled by co-counsel. Therefore, the defendants' motion for extension

of time (ECF No. 27) is **GRANTED, in part.** Defendants shall have to and including **June 21, 2021** to file an opposition to plaintiff's motion for a temporary restraining order and/or preliminary injunction. No further extensions of time will be granted.

**DATED:** May 25, 2021

_____
**UNITED STATES MAGISTRATE JUDGE**